RECEIVED
JUL 11 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOSES M. MUSOKE | CIVIL ACTION 1:17-CV-01054 |
| VERSUS | JUDGE DRELL |
| RYAN D. MCCARTHY, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 9) is GRANTED and Plaintiff's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 11th day of July, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE